Joshua H. Haffner, Esq. SBN 188652
jhh@haffnerlawyers.com
Samantha A. Salas, SBN 367563
sc@haffnerlawyers.com
**HAFFNER LAW PC**
15260 Ventura Blvd., Suite 1520
Sherman Oaks, California 91403
Telephone: (213) 514-5681
Facsimile: (213) 514-5682

Shaun C. Setareh, SBN 204514
shaun@setarehlaw.com
Thomas A. Segal, SBN 222791
thomas@setarehlaw.com
**SETAREH LAW GROUP**
9665 Wilshire Blvd., Suite 430
Beverly Hills, California 90212
Telephone: (310) 888-7771
Facsimile: (310) 888-0109

*Counsel for Plaintiff*

Ankur Mandhania (SBN 302373)
**MAYER BROWN LLP**
575 Market Street, Suite 2500
San Francisco, California 94105
Telephone: (415) 874-4230
Facsimile: (650) 331-2060
amandhania@mayerbrown.com

Richard E. Nowak (*Pro Hac Vice*)
Nancy G. Ross (*Pro Hac Vice*)
**MAYER BROWN LLP**
71 South Wacker Drive
Chicago, Illinois 60606-4637
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
nross@mayerbrown.com
rnowak@mayerbrown.com

Malori McGill Fery (*Pro Hac Vice*)
**MAYER BROWN LLP**
201 South Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone: (801) 907-2700
Facsimile: (801) 880-2221
mmcgillfery@mayerbrown.com

*Counsel for Defendant Centene Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VICTORIA CLARK, individually, and as representative of a class of participants and beneficiaries and on behalf of the Centene Management Corporation Retirement Plan,<br><br>Plaintiff,<br><br>v.<br><br>CENTENE CORPORATION,<br><br>Defendant. | Case No. 3:25-cv-09743-RFL<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO SECOND AMENDED COMPLAINT AND BRIEFING DEADLINES ON MOTION TO DISMISS (L.R. 6-2)** |

## STIPULATION TO EXTEND TIME

Pursuant to Local Civil Rules 6-2 and 7-12 of the Northern District of California and this Court's Standing Order for Civil Cases, Plaintiff Victoria Clark ("Plaintiff") and Defendant Centene Corporation ("Centene") (collectively, the "Parties"), by their respective counsel, stipulate as follows:

WHEREAS, Centene filed a Motion to Dismiss Plaintiff's Amended Complaint on March 16, 2026 (Dkt. No. 38), which the Court granted while permitting Plaintiff leave to file a Second Amended Complaint (Dkt. No. 55);

WHEREAS, Plaintiff filed a Second Amended Complaint on August 6, 2026 (Dkt. 57);

WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a)(3), the deadline for Centene to answer or otherwise respond to the Second Amended Complaint is August 20, 2026;

WHEREAS, Centene intends to file a motion to dismiss the Second Amended Complaint;

WHEREAS, pursuant to Local Civil Rule 7-3(a), Plaintiff's opposition to Centene's motion to dismiss would be due September 3, 2026, and pursuant to Local Civil Rule 7-3(c), Centene's reply in support of its motion to dismiss would be due September 10, 2026;

WHEREAS, due to overlapping responsibilities and deadlines in other matters, the Parties have agreed to short extensions to the deadlines for Centene to file its motion to dismiss, Plaintiff to file her opposition to Centene's motion to dismiss, and Centene to file its reply in support of its motion to dismiss;

WHEREAS, the Parties have agreed that Centene's motion to dismiss shall be filed on or before August 27, 2026, Plaintiff's opposition to Centene's motion to dismiss shall be filed on or before September 17, 2026, and Centene's reply in support of its motion to dismiss shall be filed on or before October 1, 2026;

WHEREAS, this is the Parties' first request to extend time for responding to Plaintiff's Second Amended Complaint and filing the associated briefs;

WHEREAS, the Parties, through their respective counsel, have met and conferred in good faith and have agreed to the stipulations described above;

WHEREAS, the Parties expressly reserve and do not waive any arguments or defenses by making this stipulation, except as to the deadlines associated with the briefs described above.

NOW, THEREFORE, the Parties stipulate and agree that Centene's deadline to answer or otherwise respond to the Second Amended Complaint is August 27, 2026, Plaintiff's deadline to file an opposition to Centene's forthcoming motion to dismiss is September 17, 2026, and Centene's deadline to file a reply in support of its motion to dismiss is October 1, 2026.

IT IS SO STIPULATED.

Dated: August 12, 2026

BY: */s/ Samantha Salas*
    Samantha Salas
    **HAFFNER LAW PC**

    *Counsel for Plaintiff*

BY: */s/ Richard E. Nowak*
    Richard E. Nowak
    **MAYER BROWN LLP**

    *Counsel for Centene Corporation*

**FILER'S ATTESTATION**

I, Richard E. Nowak, pursuant to Civil Local Rule 5-1(i), attest that all other signatories listed and on whose behalf the filing is submitted, have concurred in the filing of the document.


Dated: August 12, 2026

BY: */s/ Richard E. Nowak*
Richard E. Nowak
**MAYER BROWN LLP**

*Counsel for Centene Corp.*