**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VICTORIA CLARK, individually, and as representative of a class of participants and beneficiaries and on behalf of the Centene Management Corporation Retirement Plan, <br><br> Plaintiff, <br><br> v. <br><br> CENTENE CORPORATION, <br><br> Defendant. | Case No. 3:25-cv-09743-RFL <br><br> **ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO RESPOND TO SECOND AMENDED COMPLAINT AND BRIEFING DEADLINES ON MOTION TO DISMISS (L.R. 6-2)** |

Plaintiff Victoria Clark ("Plaintiff") and Defendant Centene Corporation ("Centene") (collectively, the "Parties"), through their respective counsel, filed a stipulation to extend the deadlines for Centene to respond to the Second Amended Complaint up to and including August 27, 2026, Plaintiff to file an opposition to Centene's forthcoming motion to dismiss up to and including September 17, 2026, and Centene to file a reply in support of its motion to dismiss up to and including October 1, 2026.

Upon consideration of the Parties' stipulation, it is hereby **ORDERED** that the stipulation is **GRANTED**. Centene's motion to dismiss is due August 27, 2026, Plaintiff's opposition to Centene's motion to dismiss is due September 17, 2026, and Centene's reply in support of its motion to dismiss is due October 1, 2026.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 13, 2026

_____

HON. RITA F. LIN
UNITED STATES DISTRICT JUDGE